### 43960. JOHNSON v. THE STATE.

PANNELL, Judge. The defendant was tried and convicted of the offense of larceny. His motion for a new trial on the general grounds was overruled. He appeals from the overruling of a motion for new trial enumerating as error the overruling of the motion for new trial as well as the overruling of a motion for directed verdict. *Held:*

The evidence was sufficient to authorize the conviction.

*Judgment affirmed. Jordan, P. J., and Deen, J., concur.*

SUBMITTED OCTOBER 9, 1968—DECIDED OCTOBER 17, 1968— REHEARING DENIED OCTOBER 30, 1968—

*Henritze & Smith, Walter M. Henritze, Jr.,* for appellant.

*Lewis R. Slaton, Solicitor General, Tony H. Hight, J. Walter LeCraw,* for appellee.